DONALD J. QUERIO (State Bar No. 54367)
djq@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
M. ELIZABETH HOLT (State Bar No. 263206)
meh@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
Mercedes-Benz Financial Services USA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| ISABEL ROBLES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ FINANCIAL SERVICES USA LLC and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:12-CV-00550-JSC<br><br>**DEFENDANT'S STATUS REPORT RE: STAYED CASE**<br><br>The Hon. Jacqueline S. Corley<br><br>Trial Date:    None Set |

Defendant Mercedes-Benz Financial Services USA LLC ("MBF") files this joint status report in accordance with this Court's Order of June 1, 2012.[1]

On that date, the Court stayed this lawsuit, including MBF's pending motion to compel arbitration, due to the ongoing appeal in *Sanchez v. Valencia Holding Company*, Case No. S199119 in the California Supreme Court.

As of the date of this report, Sanchez is now fully briefed, but has not yet been scheduled

---

[1] MBF is aware that the Court ordered this status report to be joint in nature. MBF has reached out to opposing counsel numerous times since August 31, 2012, and has received no response.

14000.0011/2368385.1                                                                                                    3:12-CV-00550-JSC

Case3:12-cv-00550-JSC Document19 Filed09/14/12 Page2 of 2

1 for oral argument. *See* Register of Actions, attached as Exhibit A hereto. Until the Supreme

2 Court decision issues, the instant matter should remain stayed.

3     In accordance with the Court's Order, the parties will submit their next joint status report

4 in 90 days.

5 DATED: September 13, 2012     Respectfully submitted,

6     SEVERSON & WERSON
7     A Professional Corporation

9     By:    */s/ M. Elizabeth Holt*
        M. Elizabeth Holt

11     Attorneys for Defendant Mercedes-Benz Financial Services USA LLC

Dated: 9/14/2012

GRANTED
Judge Jacqueline Scott Corley

14000.0011/2368385.1     2     3:12-CV-00550-JSC
STATUS REPORT RE: STAYED CASE