1  DONALD J. QUERIO (State Bar No. 54367)
   djq@severson.com
2  ERIK KEMP (State Bar No. 246196)
   ek@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendant
7  Mercedes-Benz Financial Services USA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| ISABEL ROBLES, individually and on behalf of all others similarly situated, | Case No. 3:12-CV-00550-JSC |
| Plaintiff, | **JOINT STATUS REPORT RE STAYED CASE** |
| vs. | The Hon. Jacqueline S. Corley |
| MERCEDES-BENZ FINANCIAL SERVICES USA LLC and DOES 1 through 50, inclusive, | Trial Date:   None Set |
| Defendants. | |

Defendant Mercedes-Benz Financial Services USA LLC ("MBF") and plaintiff Isabel Robles ("Robles"), by and through their respective counsel, hereby file this joint status report in accordance with this Court's Order of September 14, 2012.  On that date, the Court stayed this lawsuit, including MBF's pending motion to compel arbitration, due to the ongoing appeal in *Sanchez v. Valencia Holding Company*, Case No. S199119, in the California Supreme Court. *Sanchez* is addressing the enforceability of a nearly identical arbitration clause.

As of the date of this report, *Sanchez* is fully briefed, but has not been scheduled for oral argument.  On February 19, 2014, the Supreme Court invited supplemental briefing regarding the appropriate test for substantive unconscionability under California law.  Supplemental briefs were submitted on March 12, 2014.  Until *Sanchez* is decided, this matter should remain stayed.

1  In accordance with the Court's September 14, 2012 Order, the parties will submit another
2  status report in 90 days.

3  DATED: September 12, 2014          SEVERSON & WERSON
                                      A Professional Corporation

6                                     By:  /S/ Erik Kemp
                                           Erik Kemp

                                      Attorneys for Defendant Mercedes-Benz Financial
                                      Services USA LLC

10 DATED: September 12, 2014          KEMNITZER, BARRON & KRIEG LLP

12                                    By:  /S/ Bryan Kemnitzer
                                           Bryan Kemnitzer

14                                    Attorneys for Plaintiff Isabel Robles

A joint status report shall be filed by December 15, 2014.

Dated: September 15, 2014

GRANTED
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA