UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAEL ROBLES, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MERCEDES-BENZ FINANCIAL SERVICES USA LLC, et al.,<br><br>　　　　　Defendants. | Case No. 12-00550 JSC<br><br>**ORDER REQUIRING STATUS UPDATE** |

Pursuant to stipulation, this case has been stayed pending decision by the California Supreme Court in *Sanchez v. Valencia Holding Company*. The Supreme Court heard oral argument on May 5, 2015; accordingly, a decision is expected by August 5, 2015. The parties are therefore ordered to provide the Court with a status update of how they would like to proceed on or before **September 25, 2015.**

**IT IS SO ORDERED.**

Dated: July 27, 2015

　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge