UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL ROBLES,<br><br>    Plaintiff,<br><br>  v.<br><br>MERCEDES-BENZ FINANCIAL SERVICES USA LLC,<br><br>    Defendant. | Case No.  12-cv-00550-JSC<br><br>**ORDER LIFTING STAY** |

The Court is in receipt of the parties' Joint Status Report requesting that the stay of proceedings be lifted in light of the California Supreme Court's decision in *Sanchez v. Valencia Holding Co., LLC,* 61 Cal.4th 899 (2015).  (Dkt. No. 25.)  The stay is therefore LIFTED.  Defendant shall renew its motion to compel arbitration by October 30, 2015.  The parties shall promptly notify the Court if they agree to an alternate resolution of this matter.

**IT IS SO ORDERED.**

Dated: October 1, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge