DONALD J. QUERIO (State Bar No. 54367)
djq@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
Mercedes-Benz Financial Services USA LLC

KEMNITZER, BARRON & KRIEG, LLP
BRYAN KEMNITZER (State Bar No. 66401)
445 Bush St., 6th Floor
San Francisco, California 94108
Telephone: (415) 632-1900
Facsimile: (415) 632-1901

Attorneys for Plaintiff ISABEL ROBLES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| ISABEL ROBLES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ FINANCIAL SERVICES USA LLC and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:12-CV-00550-JSC<br><br>**JOINT STATUS REPORT RE SETTLEMENT**<br><br>The Hon. Jacqueline S. Corley<br><br>Trial Date:        None Set |

Plaintiff Isabel Robles and defendant Mercedes-Benz Financial Services USA LLC

("MBFS") submit this joint status report to advise the Court that they have reached a settlement of

the above-entitled action.

On October 1, 2015, this Court issued an order lifting the stay in this matter following the

California Supreme Court's decision in *Sanchez v. Valencia Holding Co., LLC*, 61 Cal. 4th 899

1  (2015).  *See* Dkt. no. 26.  The parties had advised the Court that they were discussing a stipulation

2  to arbitrate as well as a potential settlement of the matter.  *See* Dkt. no. 25.  The Court thus ordered

3  MBFS to renew its motion to compel arbitration by October 30, 2015, or to notify the Court if the

4  parties agreed to an alternative resolution of the matter.  *See* Dkt. no. 26.  The parties then advised

5  the Court that they had reached a tentative agreement among counsel and requested a 30-day

6  continuance to finalize the settlement.  *See* Dkt. no. 27.  This Court granted the request and set

7  November 30, 2015 as the deadline for MBFS to renew its motion to compel arbitration.  *See* Dk.t

8  no. 28.

9          The parties now report that they have reached a final settlement and have prepared a draft

10  settlement agreement and release.  The draft settlement agreement is still being reviewed, but the

11  parties anticipate the agreement will be signed and a stipulation to dismiss filed within the next 45

12  days.  As a result of the settlement, the parties request that the Court lift MBFS's deadline to move

13  to compel arbitration pending the anticipated submission of the stipulation to dismiss the action.

14  DATED:  November 30, 2015          SEVERSON & WERSON
                                       A Professional Corporation
15

16

17                                     By:  _____/s/ Erik Kemp_____
                                                  Erik Kemp
18
                                       Attorneys for Defendant Mercedes-Benz Financial
19                                     Services USA LLC

20

21  DATED:  November 30, 2015          KEMNITZER, BARRON & KRIEG LLP

22

23                                     By:  _____/s/ Bryan Kemnitzer_____
                                                Bryan Kemnitzer
24
                                       Attorneys for Plaintiff Isabel Robles
25

26

27          Dated: 12/1/2015

28

GRANTED
Judge Jacqueline Scott Corley