UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISABEL ROBLES,

          Plaintiff,

    v.

MERCEDES-BENZ FINANCIAL
SERVICES USA LLC,

          Defendant.

Case No.  12-cv-00550-JSC

**ORDER SETTING CASE
MANAGEMENT CONFERENCE**

On November 30, 2015, the parties advised the Court that they had settled and intended to stipulate to dismissal within 45 days.  Accordingly, as a control date, the Court schedules a case management conference for January 28, 2016 at 1:30 p.m.  Should a dismissal be filed before that date, the conference will automatically be vacated.

**IT IS SO ORDERED.**

Dated: January 12, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge